# Court of Appeals
# of the State of Georgia

ATLANTA, October 18, 2016

*The Court of Appeals hereby passes the following order*

**A17D0090. MAJED S. ZAKARIA AS TRUSTEE OF THE M.S. ZAKARIA M.D.P.C. PROFIT SHARING TRUST v. SARA ABERA .**

Upon consideration of the Application for Discretionary Appeal, it is ordered that it be hereby DENIED.

LC NUMBERS:

2015CV256564



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta, October 18, 2016.*

    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*Stephen E. Castlen* , *Clerk.*